JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIRE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>BELK, INC.; *et al.*,<br><br>Defendants. | Case No.: CV16-3843-PA-JC<br>*Hon. Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)(1)(A)(II)** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action;

IT IS SO ORDERED.

Dated: February 28, 2017        By: _____
                                    HONORABLE PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE